NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JAMES BAIRD, DOC #T56153,      )
                               )
        Appellant,             )
                               )
v.                             )      Case No. 2D16-4825
                               )
STATE OF FLORIDA,              )
                               )
        Appellee.              )
_____)

Opinion filed December 7, 2018.

Appeal from the Circuit Court for
Hillsborough County; Samantha L. Ward
and Gregory P. Holder, Judges.

Bryant R. Camareno of Bryant R.
Camareno, P.A., Tampa, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Chelsea S. Alper,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


        Affirmed.


CASANUEVA, BADALAMENTI, and ROTHSTEIN-YOUAKIM, JJ., Concur.